Stephen G. Larson (SBN 145225)
*slarson@larsonobrienlaw.com*
Koren L. Bell (SBN 268614)
*kbell@larsonobrienlaw.com*
A. Alexander Lowder (SBN 269362)
*alowder@larsonobrienlaw.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants, COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF JIM MCDONNELL, LAUREN BROWN, JAMES MURREN, DONALD YOUNG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT TARKINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:18-CV-07636-CJC-JCx<br><br>[Hon. Cormac J. Carney]<br><br>**JOINT REPORT RE: RESULT OF COURT ORDERED SETTLEMENT CONFERENCE AND NOTICE OF CONDITIONAL OR PENDING SETTLEMENT; REQUEST TO VACATE ALL DATES PENDING COUNTY APPROVAL OF CONDITIONAL SETTLEMENT** |

1 **TO THE COURT:**

2 **PLEASE TAKE NOTICE** Plaintiff Lamont Tarkington ("Plaintiff") together with Defendants County of Los Angeles, County of Los Angeles Sheriff's Department, Sheriff Jim McDonnell, Lauren Brown, James Murren and Donald Young (together, "Defendants") attended Court ordered mediation on December 3, 2019 and as a result have resolved this action as to all Defendants. The settlement is conditioned upon the County of Los Angeles Board approval.

The County Board approval process is expected to take at least one hundred eighty-two days. This time delay will encroach substantially into the Parties' trial preparation time and expert discovery cut-off date, and creates a risk of prejudice to the Parties should the settlement be rejected by the County Board.

Moreover, the Parties face substantial prejudice of expending needless time, resources, and money for conducting expert discovery and preparing for a trial that will in all likelihood not be necessary.

Accordingly, Plaintiff and all Defendants jointly request that the Court vacate all dates presently set pending notification by the Parties of the outcome of the pending board approval process. The Parties propose that they will notify the Court within seven (7) days of approval once the County Board approval process is complete. In the event that the settlement is not approved, the Parties propose that they will similarly notify the Court and a status conference will be set to schedule new dates.

///
///
///
///
///
///

---

1

JOINT REPORT RE: RESULT OF COURT ORDERED SETTLEMENT CONFERENCE
AND NOTICE OF CONDITIONAL OR PENDING SETTLEMENT;
REQUEST TO VACATE ALL DATES PENDING COUNTY APPROVAL

- 2 –

Dated:  December 6, 2019

LARSON O'BRIEN LLP

By: /s/ A. Alexander Lowder
Stephen G Larson
Koren L. Bell
A. Alexander Lowder

Attorneys for Defendants COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT; SHERIFF JIM MCDONNELL; LAUREN BROWN; JAMES MURREN; DONALD YOUNG

Dated:  December 6, 2019

LAW OFFICE OF LEO JAMES TERRELL

By: /s/ Leo James Terrell
Leo James Terrell

Attorney for Plaintiff LaMONT TARKINGTON