1 | Stephen G. Larson (SBN 145225)
*slarson@larsonobrienlaw.com*
2 | Koren L. Bell (SBN 268614)
*kbell@larsonobrienlaw.com*
3 | A. Alexander Lowder (SBN 269362)
*alowder@larsonobrienlaw.com*
4 | **LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
5 | Los Angeles, California 90071
Telephone: (213) 436-4888
6 | Facsimile: (213) 623-2000

7 | Attorneys for Defendants, COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF JIM MCDONNELL, LAUREN BROWN, JAMES MURREN, DONALD YOUNG

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| LAMONT TARKINGTON, | Case No.: 2:18-CV-07636-CJC-JCx |
|---|---|
| Plaintiff, | [Hon. Cormac J. Carney] |
| v. | **[PROPOSED] ORDER RE: JOINT REQUEST TO VACATTE ALL DATES PENDING COUNTY APPROVAL OF CONDITIONAL SETTLEMENT** |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF JIM MCDONNELL; LAUREN BROWN; JAMES MURREN; DONALD YOUNG; LAWRENCE BEACH; ALLEN CHO PC; and DOES 1 through 10, inclusive | |
| Defendants. | |

2:18-CV-07636-CJC-JCX

[PROPOSED] ORDER RE: JOINT REQUEST TO VACATE ALL DATES
PENDING COUNTY APPROVAL OF CONDITIONAL SETTLEMENT

# **ORDER**

The Court has read and considered the Joint Request to Vacate All Dates Pending County Approval of Conditional Settlement. After consideration of the stipulation and joint request, this Court finds:

The Parties represent they have resolved the case. However, the settlement is conditioned upon the County of Los Angeles Board approval. This County Board approval process is expected to take at least one hundred eighty-two days.

The time delay noted above will encroach substantially into the Parties' trial preparation time and discovery cut-off date, and creates a risk of prejudice to all Parties should the settlement with Los Angeles County be rejected by its Board.

Moreover, the Parties would face substantial prejudice of expending needless time, resources, and money for conducting discovery and preparing for a trial that will likely not be necessary, given the Parties' joint request.

**IT IS HEREBY ORDERED** that the Joint Request to Vacate All Dates Pending County Approval of Conditional Settlement is **GRANTED**. The Parties will notify the Court within seven (7) days of approval once the County Board approval process is complete. In the event that the settlement with the County is not approved, the Parties will similarly notify the Court and a status conference will be set to schedule new dates.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable Cormac J. Carney
United States District Court Judge

1                                                           2:18-CV-07636-CJC-JCX
[PROPOSED] ORDER RE: JOINT REQUEST TO VACATE ALL DATES
PENDING COUNTY APPROVAL OF CONDITIONAL SETTLEMENT