1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAMONT TARKINGTON, | ) Case No.: 2:18-CV-07636-CJC-JC |
| | ) |
| Plaintiff, | ) **[*PROPOSED*] ORDER RE MOTION** |
| | ) **TO ENFORCE SETTLEMENT** |
| vs. | ) **AGREEMENT** |
| | ) |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY SHERIFF JIM MCDONNELL; LAUREN BROWN; JAMES MURREN; DONALD YOUNG; LAWRENCE BEACH ALLEN CHOI PC; and DOES 1-10 INCLUSIVE; | ) Date:   July 20, 2020 <br> ) Time:   1:30 p.m. <br> ) Ctrm.:  7C <br> ) Judge:  Hon. Cormac J. Carney <br> ) <br> ) <br> ) <br> ) |
| | ) |
| Defendants. | ) |
| | ) |

## **ORDER**

Plaintiff's Motion to Enforce Settlement Agreement is GRANTED.  Accordingly, it is hereby ORDERED (1) that Defendants shall approve and pay the full settlement amount entered into on December 3, 2019, within 30-days of the service of this Order; (2) that

ORDER - 1

Defendants will incur interests on any unpaid portion of the settlement amount at 10% per month in the event the full settlement amount is not paid within 30-days of this Order; and (3) that Plaintiff will have the option to rescind the settlement agreement and continue to pursue the civil action against Defendants if the full settlement amount is not paid within 30-days of this Order.

     IT IS SO ORDERED.

Dated:                                        By:_____
                                                    Honorable Cormac J. Carney
                                                    United States District Judge