Leo James Terrell, Esq. (SBN 149693)
Tony Su, Esq. (SBN 262323)
Law Office of Leo James Terrell
11870 Santa Monica Blvd., Ste. 106-673
Los Angeles, CA 90024
P: (310) 478-3666 / F: (310) 478-3650
Email: civil1975@aol.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAMONT TARKINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY SHERIFF JIM MCDONNELL; LAUREN BROWN; JAMES MURREN; DONALD YOUNG; LAWRENCE BEACH ALLEN CHOI PC; and DOES 1-10 INCLUSIVE;<br><br>Defendants. | Case No.: 2:18-CV-07636-CJC-JC<br><br>**PLAINTIFF'S REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Date: July 20, 2020<br>Time: 1:30 p.m.<br>Ctrm.: 7C<br>Judge: Hon. Cormac J. Carney |

PLEASE TAKE NOTICE that Plaintiff submits the following Reply to Defendants' Opposition to Motion to Enforce Settlement:

In its Opposition, Defendants argue that it has worked diligently to finalize the settlement and that the COVID-19 crisis has caused disruptions. Yet, Defendants still is not able to provide a date certain for finalizing the settlement. Furthermore, counsel for

Defendants do not have personal knowledge of the circumstances for the delay and is therefore in no position to provide reliable excuses for Defendants.

In any event, Defendants are and will continue to produce various excuses for its delay in finalizing the settlement at Plaintiff's expense. Plaintiff respectfully requests that the Court Order Defendants to have a person with settlement authority and personal knowledge of the reasons for the settlement delay from the County of Los Angeles to attend any and all hearings and submit weekly updates regarding the status of the settlement and the diligent efforts it is taking to finalize it. Otherwise, Defendants will continue to have unfettered freedom to not take necessary and diligent steps to finalize the settlement at Plaintiff's expense.

Dated: July 6, 2020     By: /s/ Leo James Terrell
                            Leo James Terrell, Esq.
                            Attorneys for Plaintiff,
                            LaMont Tarkington