UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | CV 18-07636-CJC (JCx) | Date | July 21, 2020 |
|---|---|---|---|
| Title | Lamont Tarkington v. County of Los Angeles et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Leo Terrell                           Alex Lowder

**PROCEEDINGS:    MOTION TO ENFORCE SETTLEMENT [146]**

   Motion hearing held. The Court hears oral argument from the parties. The Court takes the Motion under submission. The parties shall provide the Court with a status on settlement no later than August 10, 2020.

                                                                    00  :  10
                                            Initials of Deputy Clerk   gga

CC: