Stephen G. Larson (SBN 145225)
*slarson@larsonobrienlaw.com*
Koren L. Bell (SBN 268614)
*kbell@larsonobrienlaw.com*
A. Alexander Lowder (SBN 269362)
*alowder@larsonobrienlaw.com*
**LARSON O'BRIEN LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Defendants, COUNTY OF LOS ANGELES, COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT, SHERIFF JIM MCDONNELL, LAUREN BROWN, JAMES MURREN, DONALD YOUNG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT TARKINGTON,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No. 2:18-CV-07636-CJC-JCx<br><br>[Hon. Cormac J. Carney]<br><br>**STATUS REPORT RE SETTLEMENT** |

Defendants County of Los Angeles (the "County"), Los Angeles County Sheriff's Department ("LASD"), Sheriff Jim McDonnell, Lauren Brown, James Murren, and Donald Young (collectively, "Defendants") hereby provide the Court with an update regarding the status of the settlement in this case.

On August 4, 2020, the Board of Supervisors of the County of Los Angeles approved the settlement between Plaintiff Lamont Tarkington and the County.

Dated: August 11, 2020                    LARSON O'BRIEN LLP

By: s/ A. Alexander Lowder
Stephen G Larson
Koren L. Bell
A. Alexander Lowder

Attorneys for Defendants COUNTY OF LOS ANGELES; COUNTY OF LOS ANGELES SHERIFF'S DEPARTMENT; SHERIFF JIM MCDONNELL; LAUREN BROWN; JAMES MURREN; DONALD YOUNG