Leo James Terrell, Esq. (SBN 149693)
Tony Su, Esq. (SBN 262323)
Law Office of Leo James Terrell
11870 Santa Monica Blvd., Ste. 106-673
Los Angeles, CA 90024
P: (310) 478-3666 / F: (310) 478-3650
Email: civil1975@aol.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAMONT TARKINGTON, | Case No.: 2:18-CV-07636-CJC-JC |
| Plaintiff, | **PLAINTIFF'S TO DEFENDANT'S OPPOSITION TO EX PARTE APPLICATION TO ENFORCE SETTLEMENT AGREEMENT** |
| vs. | |
| COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY SHERIFF JIM MCDONNELL; LAUREN BROWN; JAMES MURREN; DONALD YOUNG; LAWRENCE BEACH ALLEN CHOI PC; and DOES 1-10 INCLUSIVE; | Date: TBD<br>Time: 1:30 p.m.<br>Ctrm.: 9B<br>Judge: Hon. Cormac J. Carney |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiff LaMont Tarkington ( "Plaintiff") files the following Reply to Defendants' Opposition to ex parte application to enforce the settlement agreement.

Defendants' stated objections are without merit.

First, Defendants' assertion Plaintiff is attempting to impose deadlines not contemplated by the parties when they entered into the settlement is false. At the time of

the settlement, Defendants represented the settlement will be approved in 6-months. Nearly 9-months has elapsed since the settlement and Defendants still has not paid the settlement. Based Defendants' logic, there is no deadline for it to issue payment of the settlement, which is nonsensical.

Second, Defendants claim the COVID-19 crisis is responsible for the delay. Yet, Defendants provide no facts to support the claim.

Last, Defendants did not respond to Plaintiff's inquire on the status of the settlement payment and only responded after the ex parte application was filed.

In sum, Plaintiff requests an Order to compel Defendants to comply with the settlement agreement by paying it forthwith. Otherwise, Defendants will continue to take advantage of the situation and come up with various excuses to not pay the settlement.

Dated: August 30, 2020    By:     /s/ Leo James Terrell
                                  Leo James Terrell, Esq.
                                  Attorneys for Plaintiff,
                                  LaMont Tarkington