Leo James Terrell, Esq. (SBN 149693)
Tony Su, Esq. (SBN 262323)
Law Office of Leo James Terrell
11870 Santa Monica Blvd., Ste. 106-673
Los Angeles, CA 90024
P: (310) 478-3666 / F: (310) 478-3650
Email: civil1975@aol.com

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LAMONT TARKINGTON,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; LOS ANGELES COUNTY SHERIFF JIM MCDONNELL; LAUREN BROWN; JAMES MURREN; DONALD YOUNG; LAWRENCE BEACH ALLEN CHOI PC; and DOES 1-10 INCLUSIVE;<br><br>Defendants. | Case No.: 2:18-CV-07636-CJC-JC<br><br>**PLAINTIFF'S REQUEST TO WITHDRAW MOTION TO ENFORCE SETTLEMENT AGREEMENT (DKT. 157)**<br><br>Date: October 5, 2020<br>Time: 1:30 p.m.<br>Ctrm.: 9B<br>Judge: Hon. Cormac J. Carney |

PLEASE TAKE NOTICE Plaintiff LaMont Tarkington withdraws his Motion to Enforce Settlement Agreement, (Dkt. 157), as the issues set forth therein are moot. Plaintiff requests that the hearing set for October 5, 2020, at 1:30 p.m. before the Hon. Cormac J. Carney be taken off calendar.

Dated: September 10, 2020       By:        /s/ Leo James Terrell
                                    Leo James Terrell, Esq.
                                    Attorneys for Plaintiff,
                                    LaMont Tarkington

REQUEST TO WITHDRAW MOTION TO ENFORCE SETTLEMENT - 1